THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH C. BELL, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Respondent.— Order unanimously affirmed. Motion that Attorney-General be precluded from filing brief because of violation of rule 234 of the Rules of Civil Practice is denied. Appeal from order dismissing writ of habeas corpus and remanding petitioner to custody of the warden of Clinton Prison. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS MAINIERI, Alias LOUIS GRUBBE, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Respondent.— Order unanimously affirmed. Appeal from order dismissing writ of habeas corpus and remanding petitioner to custody of the warden of Clinton Prison. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

SUSAN M. STEPHENS, Respondent, v. BERNARD ROSEMAN, Appellant.— Judgment affirmed, with costs. Hill, P. J., Rhodes, McNamee and Heffernan, JJ., concur; Crapser, J., dissents and votes to reverse the judgment and to dismiss the complaint. Plaintiff is the landlord; defendant the tenant. The term of the lease was five years and four months, commencing January 1, 1930. Occupancy continued until July 25, 1932, when the property was damaged by fire and rendered wholly unfit for occupancy until September 3, 1932, on which date the premises had been fully repaired, and defendant was notified that they would be ready for occupancy on September 5, 1932. The lease contains a provision " If they [the premises] be so badly injured that they cannot be repaired with reasonable diligence within four months * * * then the lease shall cease." The judgment for rental after September 5, 1932, should be affirmed.